IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JAVON HARDY,

Defendant.

20-CR-6172CJS

**INFORMATION**
**(Felony)**

Violation:
18 U.S.C. § 2101(a)

(1 Count)

### COUNT 1

### (Riot)

### The United States Attorney Charges That:

On or about May 30, 2020, in the Western District of New York, the defendant, JAVON HARDY, did use facilities of interstate and foreign commerce, that is, a cellular telephone and the internet, with intent to incite a riot, as defined in Title 18, United States Code, Section 2102(a), and to organize, participate in, and carry on a riot, and during the course of such use, and thereafter, performed, and attempted to perform, any other overt act for the purpose of inciting a riot and organizing, participating in, and carrying on a riot .

### All in violation of Title 18, United States Code, Section 2101(a).

Dated: Rochester, New York, December 15, 2020.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____
DOUGLAS E. GREGORY
Assistant United States Attorney
United State Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3938
Douglas.gregory@usdoj.gov